# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Linda Marie Natale | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-14840 |

### ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 07/23/2018, this case is hereby DISMISSED.

**Date: August 21, 2018**

_____
Ashely M. Chan
United States Bankruptcy Judge


Missing Documents:

    Chapter 13 Plan
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
    Means Test Calculation Form 122C-2
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106

bfmisdoc