United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Linda Marie Natale
       Debtor

Case No. 18-14840-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: Aug 21, 2018
                      Form ID: pdf900       Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
```
db              +Linda Marie Natale,    1011 Maple Street,    Conshohocken, PA 19428-1451
14169498        +Carisbrook Asset Holding Trust,    5016 Parkway Plaza Blvd.,    Charlotte NC 28217-1932
14169595        +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia PA 19106-1541
14169497        +RoundPoint Mortgage Servicing, Corp.,    P.O. Box 19409,    Charlotte NC 28219-9409
14169594        +U.S. Bank Trust National,    Association,    300 Delaware Avenue,    9th Floor,
                  Wilmington DE 19801-1607
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Aug 22 2018 02:04:13      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 22 2018 02:03:57
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 22 2018 02:04:05      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2018 02:09:16      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14170152        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2018 02:38:54
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14169496*       +Linda Marie Natale,    1011 Maple Street,    Conshohocken PA 19428-1451
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                    Signature: _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Linda Marie Natale | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-14840 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 07/23/2018, this case is hereby DISMISSED.

**Date: August 21, 2018**

---
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:
    Chapter 13 Plan
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
    Means Test Calculation Form 122C-2
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106

bfmisdoc